NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 2:20-CR-00001-JCM-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| **CLAUDIA ANN MERRILL,** | **[FIRST REQUEST]** |
| Defendant. | |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and SANFORD SCHULMAN, ESQ., counsel for Defendant CLAUDIA ANN MERRILL, that the sentencing hearing in the above-captioned matter, previously scheduled for May 15, 2020, at 10:00 a.m., be vacated and continued to a time convenient to the Court, but no sooner than sixty days.

This Stipulation is entered into for the following reasons:

1. The sentencing hearing in this case is currently set for May 15, 2020, at 10:00 a.m.

2. Given the Court's Temporary General Order 2020-05, the parties agree that the sentencing hearing in this matter should be continued to avoid in-person court appearances.

Moreover, there is no reason why the matter cannot be continued rather than being conducted by video teleconferencing.

    3.    Defendant is not in custody and does not oppose this request.

    4.    The government does not oppose the request.

    5.    This is the first request for a continuance of the sentencing hearing in this case.

    6.    This request is made in good faith and not for purposes of delay.

Dated this 20th day of April, 2020

NICHOLAS A. TRUTANICH  
United States Attorney

//s// Sanford Schulman               //s// Patrick Burns  
By: _____       By:_____  
SANFORD SCHULMAN, ESQ.         PATRICK BURNS  
Counsel for Defendant MERRILL     Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**CLAUDIA ANN MERRILL,**<br><br>　　　　　　Defendant. | **CASE NO:  2:20-CR-00001-JCM-BNW**<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　　The sentencing hearing in this case is currently set for May 15, 2020, at 10:00 a.m.

　　2.　　Given the Court's Temporary General Order 2020-05, the parties agree that the sentencing hearing in this matter should be continued to avoid in-person court appearances. Moreover, there is no reason why the matter cannot be continued rather than being conducted by video teleconferencing.

　　3.　　Defendant is not in custody and does not oppose this request.

　　4.　　The government does not oppose the request.

　　5.　　This is the first request for a continuance of the sentencing hearing in this case

For all of the above-stated reasons, good cause warrants a continuance of the sentencing hearing date.

/ / /

/ / /

/ / /

# ORDER

IT IS ORDERED that the sentencing hearing in *United States v. Claudia Ann Merrill*, Case No. 2:20-CR-00001-JCM-BNW, previously scheduled for May 15, 2020, at 10:00 a.m. is vacated and continued until July 17, 2020 at 10:00 a.m.

Dated April 22, 2020.

By: _____
HON. JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: **STIPULATION TO CONTINUE SENTENCING HEARING [FIRST REQUEST]**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: April 20, 2020

/s/   Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada