SANFORD A. SCHULMAN
Attorney Pro Hac Vice on behalf of the defendant
    CLAUDIA MERRILL
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
**saschulman@comcast.net**

BENJAMIN C. DURHAM
Benjamin Durham Law Firm
Attorney and Local Counsel on behalf of the defendant
    CLAUDIA MERRILL
601 S Rancho Dr Ste B-14
Las Vegas, NV 89106
702-631-6111
Email: bdurham@vegasdefense.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**    |    Case No. 2:20-cr-00001-JCM-BNW

   v.

**CLAUDIA ANN MERRILL**

        **Defendant**    |    **FINDINGS OF FACTS**
_____|

HAVING COME before the Court upon the defendant, CLAUDIA ANN MERRILL, Motion to Appear by Video Conferencing at Sentencing Hearing, the Government having expressed no opposition, the written consent of the defendant, CLAUDIA ANN MERRILL, having been attached in support of the motion and

the Court being otherwise fully advised in the premises, therefore, the Court finds that

    1.  The sentencing hearing in this case is currently scheduled for December 4, 2020 at 10: 30 a.m.

    2.  The defendant has requested that Sentencing proceed by way of Video-Conferencing in lieu of an in-person hearing and has submitted her written consent to appear by video-conferencing.  The Government does not oppose this request.

    3.  The defendant is not in custody and has had no pretrial violations, has her principal residence in Michigan and her lead counsel resides and has his office in Michgian.

    4.  That proceeding with sentencing by way of video conferencing would allow the parties to have closure of this matter and that sentencing in person under these circumstances would result in a serious harm to the interests of justice.

    FOR ALL OF THE ABOVE-STATED REASONS, good cause warrants a that the defendant and counsel as well as the Government may appear for sentencing on December 4, 2020 by way of video-conferencing

ORDER

IT IS HEREBY ORDERED that the sentencing hearing in United States of America vs. Claudia Ann Merrill, Case No. 2:20-CR_00001-JCM-BNW, scheduled for DECEMBER 4, 2020 at 10:30 a.m. shall proceed as scheduled by way of Video-Conferncing.

Date: November 20, 2020.

_____
Hon. JAMES C. MAHAN
US DISRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 7, 2020

Respectfully submitted,

<u>/s/ Sanford A Schulman</u>
SANFORD A. SCHULMAN
Attorney Pro Hac Vice on behalf of the defendant
　　CLAUDIA MERRILL
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net