NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Daniel.hollingsworth@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLAUDIA ANN MERRILL, <br><br> Defendant. | 2:20-CR-001-JCM-BNW <br><br> **Government's Unopposed Motion To Extend the Time to File its Responses Regarding Forfeiture and Restitution regarding Merrill's sentencing memorandum, ECF No. 37, and Order** <br><br> **(First Request)** |

The United States of America respectfully moves this Court for an Order extending the time to file the government's response regarding forfeiture until December 2, 2020, and the government's response regarding restitution until December 3, 2020, to Claudia Ann Merrill's (Merrill) sentencing memorandum. Both are due December 1, 2020. This is the first request.

The grounds for extending the time are as follows.

On Sunday November 29, 2020, at 9:30 pm, Merrill filed a sentencing memorandum, challenging the criminal forfeiture money judgment of $1,775,412.79 and restitution relating to offsets or credits.[1]

The undersigned has a large and active case load. He was informed on November 30, 2020, at night that his use or love annual leave was cancelled so that he could address the restitution and forfeiture credit or offset issue and argue the issues at Merrill's sentencing

---

[1] Merrill's Sentencing Memorandum (MSM), ECF No. 37.

on Friday, December 4, 2020. Undersigned began drafting the forfeiture response on December 1, 2020, and has not completed it. Undersigned has worked extremely hard and efficiently to meet both deadlines, but he has not had time to complete the forfeiture response and has not started the restitution response.

On December 1, 2020, the undersigned counsel called Sanford A. Schulman, counsel for defendant, who agreed to these extensions of time.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, December 2, 2020, for the United States to file its forfeiture and an extension of time to, and including December 3, 2020, to file its restitution response.

DATED: December 1, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: December 2, 2020