**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-1 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| CLAUDIA ANN MERRILL, | |
| Defendant(s). | |

Presently before the court are the government's motions for leave to file exhibits under seal in response to defendant Claudia Ann Merrill's sentencing memorandum. (ECF Nos. 42, 46). The government's exhibits list the names of victims, their social security numbers, and their banking information. (ECF Nos. 42, 46). Pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule IA 10-5, this court finds good cause to grant the government's motions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motions (ECF Nos. 42, 46) be, and the same hereby are, GRANTED.

DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE