

_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

DEC - 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-001-JCM-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| CLAUDIA ANN MERRILL, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7), and 21 U. S. C. § 853(p) based upon the plea of guilty by Claudia Ann Merrill to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Claudia Ann Merrill pled guilty. Criminal Information, ECF No. 9; Plea Agreement, ECF No. 11; Preliminary Order of Forfeiture, ECF No. 13; Change of Plea, ECF No. 14.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $1,775,271.61 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1  consecutively from February 12, 2020, through March 12, 2020, notifying all potential third

2  parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,

3  ECF No. 16-1, p. 5.

4  This Court finds the United States notified known third parties by personal service or

5  by regular mail and certified mail return receipt requested of their right to petition the Court.

6  Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 17-1; Notice of

7  Filing Service of Process – Mailing Exhibits, ECF No. 21-1.

8  On March 5, 2020, the United States Marshals Service (USMS) personally served

9  Amethyst Health, Inc., c/o President, Tisha Steward with copies of the Preliminary Order

10  of Forfeiture and the Notice. Service was accepted by Chris Travica, Operations Manager.

11  Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 17-1, p. 3, 9-11,

12  13-16.

13  On March 6, 2020, the USMS attempted to serve and on March 9, 2020, the USMS

14  personally served U.S. Dept. of Veterans Affairs, Attn: Greg Fitzgerald with copies of the

15  Preliminary Order of Forfeiture and the Notice. Service was accepted by Brandon Blount.

16  Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 17-1, p. 4, 9-11,

17  13-16.

18  On March 5, 2020, and March 9, 2020, the USMS attempted to personally serve

19  Claude Merrill, Jr., with copies of the Preliminary Order of Forfeiture and the Notice.

20  Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 17-1, p. 5, 9-11,

21  13-16.

22  On March 5, 2020, and March 9, 2020, the USMS attempted to personally serve

23  Mark Merrill c/o Claude Merrill, Jr., with copies of the Preliminary Order of Forfeiture and

24  the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 17-1,

25  p. 6, 9-11, 13-16.

26  On March 5, 2020, and March 9, 2020, the USMS attempted to personally serve

27  Mark Merrill with copies of the Preliminary Order of Forfeiture and the Notice. Notice of

28  Filing Service of Process – Personal Service Exhibits, ECF No. 17-1, p. 7, 9-11, 13-16.

1    On February 27, 2020, the United States Attorney's Office (USAO) served and
2    attempted to serve Amethyst Health Inc., c/o Secretary, Allyson David by regular and
3    certified return receipt mail with the Preliminary Order of Forfeiture and Notice. The
4    certified mail was returned as unclaimed, unable to forward. Notice of Filing Service of
5    Process – Mailing Service Exhibits, ECF No. 21-1, p. 3, 7-9, 11-14, 16-18.

6    On February 27, 2020, the USAO served and attempted to serve Amethyst Health
7    Inc., c/o Secretary, Allyson David by regular and certified return receipt mail with the
8    Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,
9    unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.
10   21-1, p. 3, 7-9, 11-14, 19-21.

11   On February 27, 2020, the USAO served Amethyst Health Inc., c/o President, Tisha
12   Steward by regular and certified return receipt mail with the Preliminary Order of Forfeiture
13   and Notice. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No. 21-1,
14   p. 3, 7-9, 11-14, 22-23.

15   On February 27, 2020, the USAO served and attempted to serve Amethyst Health
16   Inc., c/o Treasurer, OLA Lawyer by regular and certified return receipt mail with the
17   Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,
18   unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.
19   21-1, p. 3, 7-9, 11-14, 24-26.

20   On February 27, 2020, the USAO served and attempted to serve Amethyst Health
21   Inc., c/o Treasurer, OLA Lawyer by regular and certified return receipt mail with the
22   Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,
23   unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.
24   21-1, p. 3, 7-9, 11-14, 27-29.

25   On February 27, 2020, the USAO served and attempted to serve Amethyst Health
26   Inc., c/o Director, Deborah Pyant by regular and certified return receipt mail with the
27   Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,
28   / / /

3

1  unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.

2  21-1, p. 3-4, 7-9, 11-14, 30-32.

3      On February 27, 2020, the USAO served and attempted to serve Amethyst Health

4  Inc., c/o Director, Deborah Pyant by regular and certified return receipt mail with the

5  Preliminary Order of Forfeiture and Notice. The certified mail was returned as not

6  deliverable as addressed. Notice of Filing Service of Process – Mailing Service Exhibits,

7  ECF No. 21-1, p. 4, 7-9, 11-14, 33-35.

8      On February 27, 2020, the USAO served and attempted to serve Amethyst Health

9  Inc., c/o Director, Antoinette Turner by regular and certified return receipt mail with the

10  Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,

11  unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.

12  21-1, p. 4, 7-9, 11-14, 36-38.

13      On February 27, 2020, the USAO served and attempted to serve Amethyst Health

14  Inc., c/o Registered Agent, OLA Lawyer by regular and certified return receipt mail with

15  the Preliminary Order of Forfeiture and Notice. The certified mail was returned as

16  unclaimed, unable to forward. Notice of Filing Service of Process – Mailing Service

17  Exhibits, ECF No. 21-1, p. 4, 7-9, 11-14, 39-42.

18      On February 27, 2020, the USAO served and attempted to serve Amethyst Health

19  Inc., c/o Director, Mark Merrill by regular and certified return receipt mail with the

20  Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,

21  unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.

22  21-1, p. 4, 7-9, 11-14, 43-46.

23      On February 27, 2020, the USAO served and attempted to serve Mark Merrill, c/o

24  Claude Merrill, Jr., by regular and certified return receipt mail with the Preliminary Order

25  of Forfeiture and Notice. The certified mail was returned as attempted not known. Notice of

26  Filing Service of Process – Mailing Service Exhibits, ECF No. 21-1, p. 4, 7-9, 11-14, 47-49.

27      On February 27, 2020, the USAO served and attempted to serve Mark Merrill by

28  regular and certified return receipt mail with the Preliminary Order of Forfeiture and

1   Notice. The certified mail was returned as attempted not known. Notice of Filing Service of

2   Process – Mailing Service Exhibits, ECF No. 21-1, p. 4, 7-9, 11-14, 50-52.

3           On February 27, 2020, the USAO served and attempted to serve Claude Merrill, Jr.,

4   by regular and certified return receipt mail with the Preliminary Order of Forfeiture and

5   Notice. The certified mail was returned as attempted not known. Notice of Filing Service of

6   Process – Mailing Service Exhibits, ECF No. 21-1, p. 4, 7-9, 11-14, 53-55.

7           On February 27, 2020, the USAO served the U.S. Dept. of Veterans Affairs, Attn:

8   Greg Fitzgerald by regular and certified return receipt mail with the Preliminary Order of

9   Forfeiture and Notice. Notice of Filing Service of Process – Mailing Service Exhibits, ECF

10  No. 21-1, p. 5, 7-9, 11-14, 56-57.

11          On March 16, 2020, the USAO served Claude Merrill, Jr., by regular and certified

12  return receipt mail with the Preliminary Order of Forfeiture and Notice. Notice of Filing

13  Service of Process – Mailing Service Exhibits, ECF No. 21-1, p. 5, 7-9, 11-14, 58-59.

14          On March 16, 2020, the USAO served Mark Merrill by regular and certified return

15  receipt mail with the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of

16  Process – Mailing Service Exhibits, ECF No. 21-1, p. 5, 7-9, 11-14, 60-61.

17          On March 16, 2020, the USAO served Mark Merrill c/o Claude Merrill, Jr., by

18  regular and certified return receipt mail with the Preliminary Order of Forfeiture and

19  Notice. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No. 21-1, p. 5,

20  7-9, 11-14, 62-63.

21          On February 27, 2020, the USAO served and attempted to serve Amethyst Health

22  Inc., c/o Director, Antoinette Turner by regular and certified return receipt mail with the

23  Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,

24  unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.

25  21-1, p. 5, 7-9, 11-14, 64-66.

26          On February 27, 2020, the USAO served and attempted to serve Amethyst Health

27  Inc., c/o Registered Agent, OLA Lawyer by regular and certified return receipt mail with

28  the Preliminary Order of Forfeiture and Notice. The certified mail was returned as

1  unclaimed, unable to forward. Notice of Filing Service of Process – Mailing Service

2  Exhibits, ECF No. 21-1, p. 5, 7-9, 11-14, 67-69.

3        On February 27, 2020, the USAO served and attempted to serve Amethyst Health

4  Inc., c/o Director, Mark Merrill by regular and certified return receipt mail with the

5  Preliminary Order of Forfeiture and Notice. The certified mail was returned as unclaimed,

6  unable to forward. Notice of Filing Service of Process – Mailing Service Exhibits, ECF No.

7  21-1, p. 5, 7-9, 11-14, 70-72.

8        This Court finds no petition was filed herein by or on behalf of any person or entity

9  and the time for filing such petitions and claims has expired.

10        This Court finds no petitions are pending with regard to the property named herein

11  and the time for presenting such petitions has expired.

12        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

13  all possessory rights, ownership rights, and all rights, titles, and interests in the property

14  hereinafter described are condemned, forfeited, and vested in the United States:

15              1.  $1,045;

16              2.  $1,209;

17              3.  $1,209;

18              4.  $1,638;

19              5.  $1,645.81;

20              6.  $1,743;

21              7.  $1,881;

22              8.  $1,007;

23              9.  $1,173;

24              10. $1,198;

25              11. $1,881;

26              12. $13,151.05; and

27              13. $2,230

28  (all of which constitutes property); and

6

1   that the United States recover from Claudia Ann Merrill the in personam criminal

2   forfeiture money judgment of $1,775,271.61, not to be held jointly and severally liable with

3   any codefendants, the collected money judgment amount between the codefendants is not to

4   exceed $1,775,271.61, and that the property will be applied toward the payment of the

5   money judgment; and

6   the forfeiture of the money judgment and the property is imposed pursuant to Fed.

7   R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

8   981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 21 U.S.C. § 853(p); and 21

9   U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and

10   the collected amount shall be disposed of according to law.

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

12   forfeited funds, including but not limited to, currency, currency equivalents, certificates of

13   deposit, as well as any income derived as a result of the government's management of any

14   property forfeited herein, and the proceeds from the sale of any forfeited property shall be

15   disposed of according to law.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

17   copies of this Order to all counsel of record and three certified copies to the United States

18   Attorney's Office, Attention Asset Forfeiture Unit.

19   DATED Dec 4            , 2020.

20

21

22   JAMES C. MAHAN
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

7

1

## CERTIFICATE OF SERVICE

2       A copy of the foregoing was served upon counsel of record via Electronic Filing on

3   June 18, 2020.

4
                                    /s/ Heidi L. Skillin
5                                   HEIDI L. SKILLIN
                                    FSA Contractor Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28