SANFORD A. SCHULMAN
Attorney Pro Hac Vice on behalf of the defendant
    CLAUDIA MERRILL
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
**saschulman@comcast.net**

BENJAMIN C. DURHAM
Benjamin Durham Law Firm
Attorney and Local Counsel on behalf of the defendant
    CLAUDIA MERRILL
601 S Rancho Dr Ste B-14
Las Vegas, NV 89106
702-631-6111
Email: bdurham@vegasdefense.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

    v.

**CLAUDIA ANN MERRILL**

           **Defendant**

Case No. 2:20-cr-00001-JCM-BNW

**FINDINGS OF FACTS EXTENDING DEFENDANT'S SURRENDER DATE**

    HAVING COME before the Court upon the defendant, CLAUDIA ANN MERRILL, Unopposed First Motion to Extend Surrender Date and good cause appearing therefore, the Court finds that

    1.  That the defendant, CLAUDIA ANN MERRILL, is scheduled to surrender to the designated Bureau of Prisons facility on March 5, 2021 before 2 p.m. at the FMC Lexington, 3301 Leestown Rd, Lexington, KY 40511

2. The Government does not oppose a 90-day extension of Ms. Merrill's surrender date to allow for COVID-19 vaccination and to continue making arrangements for her brother's care.

3. There have been no previous requests to extend the surrender date.

FOR ALL OF THE ABOVE-STATED REASONS, good cause warrants a continuance or extension of the

## ORDER

IT IS HEREBY ORDERED that the defendant, CLAUDIA MERRILL's March 5, 2021 scheduled surrender date to Bureau of Prisons (BOP) FMC Lexington, 3301 Leestown Rd, Lexington, KY 40511 is extended for 90 days until June 2, 2021 before 2 p.m.

Date: February 17, 2021.

_____
Hon. JAMES C. MAHAN
US DISRICT COURT JUDGE